UNITED STATES DISTRICT COURT         ECF CASE

SOUTHERN DISTRICT OF NEW YORK     08 CV 6736 (RJS)

| | |
|---|---|
| NIPPON YUSEN KAISHA a.k.a. NYK LINE,<br><br>                      Plaintiff,<br>     - against -<br><br>PLASTIC NATION INC..,<br><br>                      Defendant. | DEFENDANT, NIPPON YUSEN KAISHA'S CORPORATE DISCLOSURE STATEMENT<br><br>[F.R.Civ.P. 7.1] |

      Defendant, NIPPON YUSEN KAISHA (hereafter "NYK"), by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated:  New York, NY           CICHANOWICZ CALLAN KEANE VENGROW
                                                  & TEXTOR, LLP, 61 Broadway, Ste. 3000
        July 28, 2008             New York, NY 10006 – Tel. 212-344-7042


                                           By: /s/\_\_\_\_\_Joseph De May, Jr.._____
                                                    Joseph De May, Jr. [JD-9105]
                                                     Attorneys for Plaintiff